UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JOHN KENT KRATZER
SSN: xxx-xx-7596

CASE NUMBER:    05-32432
CHAPTER 13

TAMELA JO KRATZER
SSN: xxx-xx-4590
Debtors

### NOTICE TO SILVESTRI THAT $3,476.20 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Silvestri, creditor, and deposits $3,476.20 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the debtors were discharged on March 28, 2011.

2. That the last known address for Silvestri was:

   175 McClellan Highway
   East Boston, MA 02128-1194

1. That the Trustee's disbursement check was returned as undeliverable by the United States Postmaster.

2. That the Standing Chapter 13 Trustee sent correspondence regarding the available funds to Poppycock's, the original creditor for whom Silvestri was collecting, to:

   808 S. Huntington Street
   Syracuse, IN 46567

3. That it has been more than 30 days since the Trustee sent the correspondence to Poppycock's, and there has been no response.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: June 30, 2011                              /s/ Debra L. Miller,
                                                  Debra L. Miller, Trustee
                                                  P.O. Box 11550
                                                  South Bend, IN 46634
                                                  (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Amended Notice was served as follows on   June 30, 2011

By U.S. Mail postage prepaid

Debtors: John and Tamela Kratzer, 4559 Country Cove Drive, Syracuses, IN 46567
Creditor: Silvestri, 175 McClellan Highway, East Boston, MA 02128-1194
Creditor: Poppycock's, 808 S. Huntington Street, Syracuse, IN 46567
By electronic mail via CM/ECF:

Debtors' Attorney: Amber Blackford
U.S. Trustee: ustregion10.so.efc@usdoj.gov

                                                  /s/ Harriette M. King
                                                  Harriette M. King